IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND JOHN MARTINEZ, JR.<br>  a/k/a "Boya," and<br>JUANITA MARIE QUITUGUA MOSER<br>  MARTINEZ,<br><br>    Defendants. | CRIMINAL CASE NO. 22-00019<br><br>**ORDER**<br>Granting in Part United States'<br>Application to Seal Document |

On March 24, 2023, the United States filed a Reply brief in response to the oppositions filed by the Defendants. The United States also filed an Application to Seal its Reply, asserting that "an ongoing investigation may be hindered by making this document available for public scrutiny, jeopardize the co-conspirators related to this case, possibility of witness intimidation, and to reduce the potential for pretrial publicity."

As previously noted by the court, there is a "strong presumption in favor of access to court records" in both civil and criminal actions, which can only be overridden if there are "sufficiently compelling reasons for doing so." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003); *see also Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (a motion to seal documents which are part of the judicial record is governed by the "compelling reasons standard").

In this case, much of the United States' Reply is analysis of case law or arguments already raised in its unsealed Motion for Protective Order, so there is no compelling reason why said information should be shielded from the public's access. However, the Reply also references a

document that was ordered sealed in *United States v. John T. Mantanona a/k/a "Boom,"* Criminal Case No. 19-00027, where the assigned judge found compelling reasons to seal said document. Accordingly, the court grants in part the United States' Application to Seal. The court orders that the original Reply be filed under seal, *nunc pro tunc* to March 24, 2023. The court further orders the United States to file a redacted version[1] of the Reply with the Clerk's Office no later than March 28, 2023, at 3:00 p.m., which redacted version will be available to the public.

IT IS SO ORDERED this  27th  day of March, 2023.

_____
HEATHER L. KENNEDY
U.S. Magistrate Judge

---

[1] The redacted version shall remove all references in the Reply that specifically identifies or discusses the nature and contents of the sealed document.